**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    NO. 4:13CR00068-07 JLH

TYRONE EDDIE MCCRAY                                              DEFENDANT

### ORDER

The United States has filed a response to Tyrone Eddie McCray's motion under 28 U.S.C.

§ 2255 to vacate, set aside, or correct his sentence. If McCray wishes to file a reply, he must do so

on or before July 17, 2017.

IT IS SO ORDERED this 20th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE